IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

RICHARD C. FREEMAN,  CV. 08-1104-KI

       Petitioner,  ORDER

  v.

MARK NOOTH,

       Respondent.

KING, Judge

    Petitioner's motion for voluntary dismissal (#41) is GRANTED. This proceeding is DISMISSED, with prejudice.

    IT IS SO ORDERED.

    DATED this ___1st___ day of March, 2010.


                                        /s/ Garr M. King
                                        Garr M. King
                                        United States District Judge

1 -- ORDER